# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00385-CV

**Armando Salazar, Appellant**

**v.**

**Patricia Salazar, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DISTRICT
## NO. 227-559-E, HONORABLE FANCY H. JEZEK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed an unopposed motion asking us to abate the cause so that the trial court may enter of findings of fact and conclusions of law. He further asks that we extend the time to file his brief following the entry of the findings and conclusions. We grant the motion and abate the appeal to the trial court for entry of findings of fact and conclusions of law. *See Cherne Indus., Inc. v. Magallanes*, 763 S.W.2d 768, 772 (Tex. 1989) (duty to file findings and conclusions is mandatory). The trial court shall arrange for the filing of a supplemental clerk's record containing the findings and conclusions no later than October 4, 2013. Appellant's brief will be due seventy-five days after the supplemental clerk's record is filed in this Court.

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Abated

Filed:   August 16, 2013